WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
　Attorney for Plaintiff

FILED 11 JAN 25 11:34USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GAYLE DISQUE,**                                     CV # 09-685-HA

　Plaintiff,

vs.                                                   ORDER

**COMMISSIONER of Social Security,**

　Defendant.

---

Attorney fees in the amount of $10,828.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. If Plaintiff's attorney receives a fee pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), the smaller of the two fees awarded must be refunded to the claimant. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this _25_ day of _January_, 2011.

_____
United States District Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
　Attorney for Plaintiff

ORDER - Page 1